**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LI, JOHN T. § Case No. 16-24660
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 08/01/2016. The undersigned trustee was appointed on 08/01/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          20,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 780.71 |
| Bank service fees | 242.21 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 18,977.08 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 12/20/2017 and the deadline for filing governmental claims was 12/20/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $2,750.00, for a total compensation of $2,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/18/2018                      By: /s/ Norman B. Newman
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 16-24660 | Trustee Name: | (330270) Norman B. Newman |
|---|---|---|---|
| Case Name: | LI, JOHN T. | Date Filed (f) or Converted (c): | 08/01/2016 (f) |
| | | § 341(a) Meeting Date: | 08/29/2016 |
| For Period Ending: | 06/18/2018 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate - 237 High St., Highwood<br>Property held thru membership interest in JTL Properties, LLC | 244,000.00 | 66,400.00 | | 6,666.67 | FA |
| 2 | Real Estate - 303 Highwood Ave, Highwood<br>Property held thru membership interest in JTL Properties, LLC | 225,000.00 | 31,366.00 | | 6,666.67 | FA |
| 3 | Real Estate - 226 Evolution Ave, Highwood<br>Property held thru membership interest in JTL2 Properties | 214,000.00 | 46,504.00 | | 6,666.66 | FA |
| 4 | Deposits of money: Checking Account Glenview Sta | 6,000.00 | 2,000.00 | | 0.00 | FA |
| 5 | Household Goods & Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 6 | TV & Electronics | 500.00 | 500.00 | | 0.00 | FA |
| 7 | Wearing Apparel | 650.00 | 0.00 | | 0.00 | FA |
| 8 | Prospect Equities Stock | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Ameritrade Stock -1 share Gopro | 900.00 | 900.00 | | 0.00 | FA |
| 10 | 2003 Lexus GS300. Entire property value: $3,000. | 3,000.00 | 600.00 | | 0.00 | FA |
| 10 | Assets Totals (Excluding unknown values) | $694,550.00 | $148,270.00 | | $20,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Pursuing sale of Debtor's membership interests in two Limited Liability Companies which own 3 parcels of real estate in Highwood, Illinois.

Initial Projected Date Of Final Report (TFR):  12/31/2017      Current Projected Date Of Final Report (TFR):  12/31/2017

Form 2

Exhibit B
Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 16-24660 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | LI, JOHN T. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5753 | Account #: | ******5966 Checking Account |
| For Period Ending: | 06/18/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/19/17 | | Teresa M. Li | Sale of Membership Interests in LLC | | 20,000.00 | | 20,000.00 |
| | {1} | | $6,666.67 | 1110-000 | | | 20,000.00 |
| | {2} | | $6,666.67 | 1110-000 | | | 20,000.00 |
| | {3} | | $6,666.66 | 1110-000 | | | 20,000.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 19,990.00 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.66 | 19,959.34 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.70 | 19,930.64 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.70 | 19,902.94 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.48 | 19,871.46 |
| 02/14/18 | 101 | International Sureties, Ltd. | 016073584; Term: 2/1/8 to 2/1/19 | 2300-000 | | 4.71 | 19,866.75 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.67 | 19,840.08 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.53 | 19,811.55 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.54 | 19,784.01 |
| 05/14/18 | 102 | Illinois Department of Revenue | 2017 IL-1041-V FEIN: 30-6585753 | 2820-000 | | 776.00 | 19,008.01 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.93 | 18,977.08 |
| | | **COLUMN TOTALS** | | | **20,000.00** | **1,022.92** | **$18,977.08** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **20,000.00** | **1,022.92** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$20,000.00** | **$1,022.92** | |

*{ } Asset Reference(s)*   UST Form 101-7-TFR (5/1/2011)   *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-24660 | **Trustee Name:** | Norman B. Newman (330270) |
| **Case Name:** | LI, JOHN T. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5753 | **Account #:** | ******5966 Checking Account |
| **For Period Ending:** | 06/18/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5966 Checking Account | $20,000.00 | $1,022.92 | $18,977.08 |
| | **$20,000.00** | **$1,022.92** | **$18,977.08** |

Page: 1

# Exhibit C
## Analysis of Claims Register

**Case: 16-24660**  **JOHN T. LI**

Claims Bar Date:

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Northbrook Bank & Trust 1100 Waukegan Road Northbrook, IL 60062 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 08/01/16 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Northbrook Bank & Trust 1100 Waukegan Road Northbrook, IL 60062 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 08/01/16 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Northbrook Bank & Trust 1100 Waukegan Road Northbrook, IL 60062 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 08/01/16 | | $0.00 $0.00 | $0.00 | $0.00 |
| MC | MILLER COOPER 1751 LAKE COOK ROAD SUITE 400 DEERFIELD, IL 60015 <3410-000 Accountant for Trustee Fees (Other Firm)> , 100 | Administrative 06/18/18 | | $3,553.00 $3,553.00 | $0.00 | $3,553.00 |
| MS-E | MUCH P.C. SHELIST 191 N. Wacker Drive, Suite 1800 Chicago, IL 60606 <3120-000 Attorney for Trustee Expenses (Trustee Firm)> , 300 | Administrative 05/16/18 | | $367.10 $367.10 | $0.00 | $367.10 |
| MS-F | MUCH P.C. SHELIST 191 N. Wacker Drive, Suite 1800 Chicago, IL 60606 <3110-000 Attorney for Trustee Fees (Trustee Firm)> , 300 | Administrative 05/16/18 | | $19,814.00 $19,814.10 | $0.00 | $19,814.10 |

Page: 2

# Exhibit C
## Analysis of Claims Register

**Case: 16-24660**                                    **JOHN T. LI**

Claims Bar Date:

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| NBN | Norman B. Newman<br>191 N. Wacker Dr.<br>Suite 1800<br>Chicago, IL 60606<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>10/24/17 | | $2,750.00<br>$2,750.00 | $0.00 | $2,750.00 |
| | AMEX<br>Bankruptcy Department<br>PO Box 981535<br>El Paso, TX 79998-1535<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Bk Of Amer<br>4909 Savarese Cir<br>Tampa, FL 33634<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Bk Of Amer<br>4909 Savarese Cir<br>Tampa, FL 33634<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chase Auto<br>Po Box 901003<br>Ft Worth, TX 76101<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 3

# Exhibit C

## Analysis of Claims Register

**Case:** 16-24660                                       **JOHN T. LI**

Claims Bar Date:

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Chasecard<br>Bankruptcy Department<br>PO Box 15298<br>Wilmington, DE 19850<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chicago Cosmetic Surgery & Dermatol<br>20 W Kinzie St<br>Suite 1130<br>Chicago, IL 60654<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Citi<br>Attn: Bankruptcy Department<br>PO Box 6241<br>Sioux Falls, SD 57717<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Commonwealth Edison<br>Bankruptcy Department<br>2100 Swift Drive<br>Oak Brook, IL 60523-1559<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | DK Condo, A Draper & Kramer Company<br>55 E Monroe Street<br>39th Floor<br>Chicago, IL 60603<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Glenbrook Pediatrics SC<br>2551 Compass Road<br>Suite 100<br>Glenview, IL 60026-8042<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 4

# Exhibit C

## Analysis of Claims Register

**Case: 16-24660**                                    **JOHN T. LI**

Claims Bar Date:

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Il Bone & Joine Institute<br>1275 E Belvidere Road<br>Suite 150<br>Grayslake, IL 60030-2083<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | JP Morgan Chae Bank NA<br>1111 Polaris parkway<br>Columbus, OH 43240-2031<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | M3 Financial Services<br>10330 W. Roosevelt Road S-2<br>Westchester, IL 60154<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Nationstar Mortgage LI<br>350 Highland Dr<br>Lewisville, TX 75067<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Northern Trust Bank<br>Attn: Christi Seitz<br>50 S. LaSalle Street<br>Chicago, IL 60675<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Northshore Univ Health System<br>100 South Owasso Blvd W<br>Saint Paul, MN 55117<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Case 16-24660 Doc 32 Filed 07/13/18 Entered 07/13/18 11:53:23 Desc Main
Document Page 10 of 13

Page: 5

# Exhibit C
## Analysis of Claims Register

**Case: 16-24660**  **JOHN T. LI**

Claims Bar Date:

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
|  | Quest Diagnostics<br>Attn: Patient Billing<br>1355 Mittl Boulevard<br>Wood Dale, IL 60191-1024<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | RCS<br>PO Box 7229<br>Westchester, IL 60154<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Toyota Motor Credit Co<br>1111 W 22nd St Ste 420<br>Oak Brook, IL 60523<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/01/16 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | Toyota Motor Credit Corporationc/o Becket and Lee LLP,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 300<br>Correspondence dated 1/3/18 agreeing to unsecured claim. | Unsecured<br>10/26/17 |  | $22,739.39<br>$22,739.39 | $0.00 | $22,739.39 |
| 2 | American Express Centurion Bankc/o Becket and Lee LLP,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 300<br>Allowing a 5% distribution. | Unsecured<br>11/30/17 |  | $21,500.48<br>$21,500.48 | $0.00 | $21,500.48 |

**Case Total:** $0.00 $70,724.07

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-24660
Case Name: JOHN T. LI
Trustee Name: Norman B. Newman

**Balance on hand:** $ 18,977.08

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 18,977.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman | 2,750.00 | 0.00 | 2,750.00 |
| Attorney for Trustee Fees - MUCH P.C. SHELIST | 19,814.10 | 0.00 | 10,094.99 |
| Attorney for Trustee, Expenses - MUCH P.C. SHELIST | 367.10 | 0.00 | 367.10 |
| Accountant for Trustee Fees (Other Firm) - MILLER COOPER | 3,553.00 | 0.00 | 3,553.00 |

Total to be paid for chapter 7 administrative expenses: $ 16,765.09
Remaining balance: $ 2,211.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,211.99

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 2,211.99 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $44,239.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Toyota Motor Credit Corporationc/o Becket and Lee LLP | 22,739.39 | 0.00 | 1,136.97 |
| 2 | American Express Centurion Bankc/o Becket and Lee LLP | 21,500.48 | 0.00 | 1,075.02 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 2,211.99 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)