UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| JOHN T. LI, | ) | Case No. 16-24660 |
| | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: Tues., 8/7/18 @ 10:30 a.m. |
| Debtor. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that **Tuesday, August 7, 2018** at **10:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Timothy A. Barnes or any other Judge sitting in his stead, in **Courtroom 744**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation and Expenses,** a copy of which is hereby served upon you.

By: /s/Norman B. Newman

Trustee for the bankruptcy estate of John T. Li

Norman B. Newman ARDC No. 02045427
**Much Shelist, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on July 16, 2018 , he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| LI, JOHN T. | ) | Case No. 16-24660-TAB |
| | ) | |
| | ) | Hon. Timothy A. Barnes |

### TRUSTEE'S APPLICATION FOR
### COMPENSATION AND EXPENSES

TO:   THE HONORABLE TIMOTHY A. BARNES

NOW COMES Norman B. Newman, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,750.00 as compensation and $0.00 for reimbursement of expenses, $$0.00 amount of which has previously been paid.

### I.   COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $20,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | | |
|---|---|---|---|---|
| 25% on 1st | $ | 5,000 | = | $1,250.00 |
| 10% on next | $ | 45,000 | = | $1,500.00 |
| 5% on next | $ | 950,000 | = | $0.00 |
| 3% on balance over | $ | 1,000,000 | = | $0.00 |
| | | | | |
| TOTAL COMPENSATION | | | = | $2,750.00 |

## II.  TRUSTEE'S EXPENSES

TOTAL EXPENSES:   .00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.

Dated: June 15, 2018

/s/ Norman B. Newman
Norman B. Newman, Trustee
191 N. Wacker Dr.
Suite 1800
Chicago, IL 60606

# M U C H *SHELIST*



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

John T. Li
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **06/12/2018**

Billing Attorney: **Norman B. Newman**

Matter Number: **0013743.0006**

16 - Trustee Matters

## FEES THROUGH JUNE 12, 2018

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 10/24/16 | NBN | Correspondence with James Li, M. Darin and J. Joseph regarding conference call today. | 0.30 |
| 10/27/16 | NBN | Review tenant contact information, review new lease for 226 Evolution Street and correspondence with James Li and Josh Joseph regarding same. | 0.40 |
| 10/28/16 | NBN | Review floor plans of residences regarding marketing for sale. | 0.20 |
| 12/30/16 | NBN | Correspondence with M. Darin regarding real estate marketing efforts. | 0.30 |
| 02/24/17 | NBN | Correspondence with James Li regarding employing real estate attorney and allocation of sale proceeds. | 0.30 |
| 02/27/17 | NBN | Correspondence with Jim and Teresa Li regarding employment of counsel to handle real estate sale. | 0.30 |
| 03/09/17 | NBN | Telephone conference with Z. Pearlstein regarding status of ongoing real estate sale efforts. | 0.20 |
| 03/30/17 | NBN | Correspondence with Frontline and James Li regarding sale status call. | 0.30 |
| 04/10/17 | NBN | Correspondence with Z. Pearlstein regarding price reduction of signage issues. | 0.20 |
| 05/11/17 | NBN | Correspondence with James Li regarding sale status update. | 0.20 |
| 08/15/17 | NBN | Meet with J. Gansberg regarding background information for motion to sell LLC membership interests. | 0.30 |
| 09/18/17 | NBN | Review correspondence from T. Li regarding payment for partnership interests and execute Bill of Sale. | 0.30 |
| 09/22/17 | NBN | Review notice of time to file claims. | 0.20 |
| 11/15/17 | NXS | Bank reconciliation. | 0.20 |

**PLEASE SEND PAYMENT TO:**                    **Payment due within 30 days of invoice**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004


**QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com


thinking business, practicing law.

 

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

John T. Li
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **06/12/2018**

Billing Attorney: **Norman B. Newman**

Matter Number: **0013743.0006**

16 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 12/13/17 | NXS | Reconcile Bank Accounts. | 0.20 |
| 01/02/18 | NBN | Review filed proof of claim (.20); telephone call with representative of Toyota Motor Credit regarding same (.20). | 0.40 |
| 01/16/18 | NXS | Reconcile bank account. | 0.20 |
| 02/13/18 | NBN | Letter to C. Cohen regarding order employing Miller Cooper and signed engagement letter (.20); telephone call with J. Polakow regarding information needed for tax returns (.10). | 0.30 |
| 02/14/18 | NXS | Reconcile bank account. | 0.20 |
| 02/19/18 | NBN | Review tax returns to provide to Accountant. | 0.30 |
| 02/20/18 | NBN | Letter to J. Polakow enclosing personal and LLC tax returns. | 0.20 |
| 03/14/18 | NXS | Reconcile bank accounts. | 0.20 |
| 04/11/18 | NXS | Reconcile bank accounts. | 0.20 |
| 05/14/18 | NBN | Issue check to IDOR for payment of 2017 tax and end returns to IDOR and IRS. | 0.30 |
| 05/15/18 | NXS | Reconcile bank accounts. | 0.20 |
| | | **Total Hours** | **6.40** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.