**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LI, JOHN T.                             §    Case No. 16-24660
                                               §
                                               §
                                               §
      Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Norman B. Newman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $11,550.00 | Assets Exempt: | $7,550.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,211.99 | Claims Discharged Without Payment: | $436,458.88 |
| Total Expenses of Administration: | $17,788.01 | | |

    3) Total gross receipts of $20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $470,730.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $27,498.02 | $27,498.12 | $17,788.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $416,068.00 | $44,239.87 | $44,239.87 | $2,211.99 |
| **TOTAL DISBURSEMENTS** | $886,798.00 | $71,737.89 | $71,737.99 | $20,000.00 |

4) This case was originally filed under chapter 7 on 08/01/2016.  The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   09/07/2018

By: /s/ Norman B. Newman
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate - 303 Highwood Ave, Highwood | 1110-000 | $6,666.67 |
| Real Estate - 237 High St., Highwood | 1110-000 | $6,666.67 |
| Real Estate - 226 Evolution Ave, Highwood | 1110-000 | $6,666.66 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Northbrook Bank & Trust | 4110-000 | $148,496.00 | NA | NA | NA |
| N/F | Northbrook Bank & Trust | 4110-000 | $193,634.00 | NA | NA | NA |
| N/F | Northbrook Bank & Trust | 4110-000 | $128,600.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$470,730.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Norman B. Newman | 2100-000 | NA | $2,750.00 | $2,750.00 | $2,750.00 |
| Attorney for Trustee Fees - MUCH P.C. SHELIST | 3110-000 | NA | $19,814.00 | $19,814.10 | $10,103.99 |
| Attorney for Trustee, Expenses - MUCH P.C. SHELIST | 3120-000 | NA | $358.10 | $358.10 | $358.10 |
| Bond Payments - BOND | 2300-000 | NA | $4.71 | $4.71 | $4.71 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $242.21 | $242.21 | $242.21 |
| Other State or Local Taxes (post-petition) - Illinois Department of Revenue | 2820-000 | NA | $776.00 | $776.00 | $776.00 |
| Accountant for Trustee Fees (Other Firm) - MILLER COOPER | 3410-000 | NA | $3,553.00 | $3,553.00 | $3,553.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$27,498.02** | **$27,498.12** | **$17,788.01** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Toyota Motor Credit Corporationc/o Becket and Lee LLP | 7100-000 | NA | $22,739.39 | $22,739.39 | $1,136.97 |
| 2 | American Express Centurion Bankc/o Becket and Lee LLP | 7100-000 | $21,637.00 | $21,500.48 | $21,500.48 | $1,075.02 |
| N/F | AMEX | 7100-000 | $21,637.00 | NA | NA | NA |
| N/F | Bk Of Amer | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bk Of Amer | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase Auto | 7100-000 | $6,183.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $10,546.00 | NA | NA | NA |
| N/F | Chasecard | 7100-000 | $12,158.00 | NA | NA | NA |
| N/F | Chicago Cosmetic Surgery & Dermatol | 7100-000 | $78.00 | NA | NA | NA |
| N/F | Citi | 7100-000 | $10,711.00 | NA | NA | NA |
| N/F | Commonwealth Edison | 7100-000 | $2,039.00 | NA | NA | NA |
| N/F | DK Condo, A Draper & Kramer Company | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Glenbrook Pediatrics SC | 7100-000 | $235.00 | NA | NA | NA |
| N/F | Il Bone & Joine Institute | 7100-000 | $0.00 | NA | NA | NA |
| N/F | JP Morgan Chae Bank NA | 7100-000 | $815.00 | NA | NA | NA |
| N/F | M3 Financial Services | 7100-000 | $1,156.00 | NA | NA | NA |
| N/F | Nationstar Mortgage LI | 7100-000 | $228,162.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| N/F | Northern Trust Bank | 7100-000 | $100,000.00 | NA | NA | NA |
| N/F | Northshore Univ Health System | 7100-000 | $388.00 | NA | NA | NA |
| N/F | Quest Diagnostics | 7100-000 | $323.00 | NA | NA | NA |
| N/F | RCS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Toyota Motor Credit Co | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$416,068.00** | **$44,239.87** | **$44,239.87** | **$2,211.99** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 16-24660 | Trustee Name: | (330270) Norman B. Newman |
|---|---|---|---|
| Case Name: | LI, JOHN T. | Date Filed (f) or Converted (c): | 08/01/2016 (f) |
| | | § 341(a) Meeting Date: | 08/29/2016 |
| For Period Ending: | 09/07/2018 | Claims Bar Date: | 12/20/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate - 237 High St., Highwood<br>Property held thru membership interest in JTL Properties, LLC | 244,000.00 | 66,400.00 | | 6,666.67 | FA |
| 2 | Real Estate - 303 Highwood Ave, Highwood<br>Property held thru membership interest in JTL Properties, LLC | 225,000.00 | 31,366.00 | | 6,666.67 | FA |
| 3 | Real Estate - 226 Evolution Ave, Highwood<br>Property held thru membership interest in JTL2 Properties | 214,000.00 | 46,504.00 | | 6,666.66 | FA |
| 4 | Deposits of money: Checking Account Glenview Sta | 6,000.00 | 2,000.00 | | 0.00 | FA |
| 5 | Household Goods & Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 6 | TV & Electronics | 500.00 | 500.00 | | 0.00 | FA |
| 7 | Wearing Apparel | 650.00 | 0.00 | | 0.00 | FA |
| 8 | Prospect Equities Stock | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Ameritrade Stock -1 share Gopro | 900.00 | 900.00 | | 0.00 | FA |
| 10 | 2003 Lexus GS300. Entire property value: $3,000. | 3,000.00 | 600.00 | | 0.00 | FA |
| 10 | Assets Totals (Excluding unknown values) | $694,550.00 | $148,270.00 | | $20,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Sold Debtor's membership interests in two Limited Liability Companies which own 3 parcels of real estate in Highwood, Illinois.  Final Report filed-hearing set for 8-7-18.

**Initial Projected Date Of Final Report (TFR):** 12/31/2017         **Current Projected Date Of Final Report (TFR):** 07/13/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 16-24660 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | LI, JOHN T. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5753 | Account #: | ******5966 Checking Account |
| For Period Ending: | 09/07/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/19/17 | | Teresa M. Li | Sale of Membership Interests in LLC | | 20,000.00 | | 20,000.00 |
| | {1} | | $6,666.67 | 1110-000 | | | 20,000.00 |
| | {2} | | $6,666.67 | 1110-000 | | | 20,000.00 |
| | {3} | | $6,666.66 | 1110-000 | | | 20,000.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 19,990.00 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.66 | 19,959.34 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.70 | 19,930.64 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.70 | 19,902.94 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.48 | 19,871.46 |
| 02/14/18 | 101 | International Sureties, Ltd. | 016073584; Term: 2/1/8 to 2/1/19 | 2300-000 | | 4.71 | 19,866.75 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.67 | 19,840.08 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.53 | 19,811.55 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.54 | 19,784.01 |
| 05/14/18 | 102 | Illinois Department of Revenue | 2017 IL-1041-V FEIN: 30-6585753 | 2820-000 | | 776.00 | 19,008.01 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.93 | 18,977.08 |
| 08/07/18 | 103 | MILLER COOPER | First and Final Distribution payment - Dividend paid at 100.00% of $3,553.00; Claim # MC. | 3410-000 | | 3,553.00 | 15,424.08 |
| 08/07/18 | 104 | Norman B. Newman | First and Final Distribution payment - Dividend paid at 100.00% of $2,750.00; Claim # NBN. | 2100-000 | | 2,750.00 | 12,674.08 |
| 08/07/18 | 105 | MUCH P.C. SHELIST | First and Final Distribution payment - Dividend paid at 100.00% of $358.10; Claim # MS-E. | 3120-000 | | 358.10 | 12,315.98 |
| 08/07/18 | 106 | MUCH P.C. SHELIST | First and Final Distribution payment - Dividend paid at 50.99% of $19,814.10; Claim # MS-F. | 3110-000 | | 10,103.99 | 2,211.99 |
| | | | **Page Subtotals:** | | **$20,000.00** | **$17,788.01** | |

*{ } Asset Reference(s)*  UST Form 101-7-TDR ( 10 /1/2010) *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-24660 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | LI, JOHN T. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5753 | Account #: | ******5966 Checking Account |
| For Period Ending: | 09/07/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/07/18 | 107 | Toyota Motor Credit Corporationc/o Becket and Lee LLP | First and Final Distribution payment - Dividend paid at 5.00% of $22,739.39; Claim # 1. | 7100-000 | | 1,136.97 | 1,075.02 |
| 08/07/18 | 108 | American Express Centurion Bankc/o Becket and Lee LLP | First and Final Distribution payment - Dividend paid at 5.00% of $21,500.48; Claim # 2. | 7100-000 | | 1,075.02 | 0.00 |
| | | **COLUMN TOTALS** | | | **20,000.00** | **20,000.00** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | **0.00** | |
| | | **Subtotal** | | | **20,000.00** | **20,000.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$20,000.00** | **$20,000.00** | |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-24660 | **Trustee Name:** | Norman B. Newman (330270) | |
| **Case Name:** | LI, JOHN T. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***5753 | **Account #:** | ******5966 Checking Account | |
| **For Period Ending:** | 09/07/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5966 Checking Account | $20,000.00 | $20,000.00 | $0.00 |
| | **$20,000.00** | **$20,000.00** | **$0.00** |